

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2015

Nos. 04-14-00389-CR and 04-14-00390-CR

Paul Anthony Garcia,
Appellant

v.

The State of Texas,
Appellee

Trial Court Case Nos. 5397 and 5398

# ORDER

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on May 12, 2015, to the following panel: Justice Marialyn Barnard, Justice Patricia O. Alvarez, and Justice Jason Pulliam. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on March 30, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this March 30, 2015.

_____
Keith E. Hottle, Clerk